Judge Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DANIEL B. SMITHSON,

      Plaintiff,

   vs.

DARYL JONATHAN HAMMOND, Washington
State Department of Corrections (DOC) Probation
Officer, J. DOE HAMMOND, and the marital
community comprised thereof; SARAH LEWIS
Supervisory Washington State Department of
Corrections (DOC) Probation Officer, J. DOE
LEWIS, and the marital community comprised
thereof; AMBER SMITH, Washington State
Department of Corrections (DOC) Probation
Officer, J. DOE SMITH, and the marital community
comprised thereof; RICHARD HENDRICKS,
Washington State Department of Corrections (DOC)
Probation Officer, J. DOE HENDRICKS, and the
marital community comprised thereof; J. DOEs 1-5
Washington State Department of Corrections (DOC)
Supervisory Officers, and the marital communities
comprised thereof, ALEX McBAIN, Director &
Supervisor of the Washington State Department of
Corrections (DOC) J. DOE McBAIN, and the
marital community comprised thereof,

      Defendants.

NO. 3:22-cv-05029-TMC

PRETRIAL ORDER

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

**JURISDICTION**

Jurisdiction is vested in this court by virtue of: 28 U.S.C. § 1331, because Plaintiff's claims arise under the United States Constitution and federal law (42 U.S.C. §1983).

**CLAIMS AND DEFENSES**

The plaintiff will pursue at trial the following claims: excessive force and wrongful arrest under 42 U.S.C. § 1983.

The defendant will pursue the following affirmative defenses and/or claims: qualified immunity.

**ADMITTED FACTS**

The following facts are admitted by the parties: (Enumerate every agreed fact, irrespective of admissibility, but with notation of objections as to admissibility. List 1, 2, 3, etc.)

| No. | Statement of Admitted Fact | Objections to Admissibility |
|---|---|---|
| 1. | Plaintiff Daniel Smithson was incarcerated following 2017 convictions in Pierce County Superior Court for second-degree assault and unlawful possession of a controlled substance. | Plaintiff Objection. FRE 402, 403. |
| 2. | After being released from the Monroe Correctional Center in July of 2018, Plaintiff's sentence required him to serve a period of eighteen months of community custody with DOC and to report to a Community Corrections Officer ("CCO"). | |
| 3. | At the time of his release from prison, Plaintiff's assigned CCO was the Defendant, Jonathan Hammond. | |
| 4. | The Judgment and Sentence imposing Plaintiff's community custody identifies a list of Court-ordered conditions. | Plaintiff Objection. FRE 802. |
| 5. | On July 3, 2018, immediately following Plaintiff's release from prison, CCO Hammond met with him for an intake. | Plaintiff Objection. FRE 402. |
| 6. | During the intake on July 3, 2018, Mr. Smithson received and signed a document entitled "Conditions, Requirements, and Instructions," which states conditions of Plaintiff's community custody imposed by DOC that supplemented those ordered by the Court. | Plaintiff Objection. FRE 402, FRE 802. |

2

| 7. | The "Conditions, Requirements, and Instructions" document signed by Plaintiff on July 3, 2018 included the statement, "I will abide by written or verbal instructions issued by the CCO." | Plaintiff Objection. FRE 402, 403, FRE 802. |
|---|---|---|
| 8. | The "Conditions, Requirements, and Instructions" document signed by Plaintiff on July 3, 2018 included the statement, "I will not threaten or exhibit assaultive behavior toward any Department employee, contract staff, or volunteer, or any family member of a Department employee, contract staff, or volunteer." | Plaintiff Objection. FRE 402, 403, 404, 608, FRE 802. |
| 9. | The "Conditions, Requirements, and Instructions" document signed by Plaintiff on July 3, 2018 included the statement, "I will obey all laws." | Plaintiff Objection. FRE 402, 403, 802. |
| 10. | The "Conditions, Requirements, and Instructions" document signed by Plaintiff on July 3, 2018 included the statement, "I am aware that I may be arrested and charged if I threaten any DOC employer or contractor (RCW 9A.46.020), obstruct a CCO who is performing his/her official duties (RCW 9A.76.020), or assault any DOC employee or contractor (RCW 9A.36). I am aware that these are also violations of my supervision." | Plaintiff Objection. FRE 402, 403, 404, 608, 802. |
| 11. | The "Conditions, Requirements, and Instructions" document signed by Plaintiff on July 3, 2018 included the statement, "Should I violate any of these conditions, requirements, or instructions, I understand that I may be sanctioned by the court/Board/Department of Corrections if I am found to have committed the violation(s)." | Plaintiff Objection. FRE 402, 403, 404, 608, 802. |
| 12. | Shortly after being released from prison, Plaintiff was detained in the Pierce County jail in connection with a hearing relating to whether he should be involuntarily committed due to concerns that he would be a danger to others. | Plaintiff Objection. FRE 402, 403, 404, 608, 802. |
| 13. | Plaintiff was released from jail in August 2018 and was ultimately not involuntarily committed. On January 15, 2019, Plaintiff was required to appear at the Tacoma DOC field office to meet with CCO Hammond. | Plaintiff Objection. FRE 402, 403, 802. |
| 14. | On January 17, 2019, Plaintiff signed a stipulated agreement provided by CCO Hammond in which Plaintiff admitted to "[t]hreatening to inflict harm towards a Department of Corrections employee by stating, 'I am going to snatch you up and make it | Plaintiff Objection. FRE 402, 403, 404, 608, 802. |

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

3

**JACKSON & NICHOLSON, P.S.**
**900 SW 16TH STREET, SUITE 215**
**RENTON, WA 98057**
**TEL: (206) 582-6001**
**FAX: (206) 466-6085**

| | | |
|---|---|---|
| | federal,' on 01/15/2019" and by "[f]ailing to remain in the lobby after being directed to do so, by leaving campus grounds on 01/15/2019." | |
| 15. | Under the stipulated agreement signed by Plaintiff on January 17, 2019, Plaintiff agreed to have a complete substance abuse evaluation by January 31, 2019. | Plaintiff Objection. FRE 402, 403, 404, 608. |
| 16. | On January 22, 2019, Plaintiff was required to appear at the Tacoma DOC field office to meet with CCO Hammond and provide a UA. | |
| 17. | During his field office visit with CCO Hammond on January 22, 2019, Plaintiff was arrested and placed in jail for alleged violations of the conditions of his community custody. | Plaintiff Objection. FRE 402, 403, 404, 608. |
| 18. | On January 22, 2019, Plaintiff was taken to the hospital for medical attention. X-rays of Plaintiff's right hand were taken which showed an "acute mildly displaced oblique fracture at the proximal to mid fourth metacarpal shaft" and an "acute nondisplaced cortical fracture off the ulnar portion of the distal hamate, centered at the fifth carpometacarpal joint." Plaintiff's right hand was placed in a splint. | |
| 19. | On January 31, 2019, a DOC hearing officer found Plaintiff guilty of violating the conditions of his community custody by exhibiting assaultive behavior towards CCO Hammond and ordered Plaintiff to be confined in jail for thirty days. | Plaintiff Objection. FRE 402, 403, 404, 608, 802. |
| 20. | Plaintiff had the opportunity to administratively appeal the DOC hearing officer's decision regarding his conduct on January 22, 2019, but he did not do so. | Plaintiff Objection. FRE 402, 403, 404, 608. |
| 21. | On February 18, 2019, Plaintiff had open reduction and internal fixation surgery on his right hand. | |

## ISSUES OF LAW

The following are the issues of law to be determined by the court: (List 1, 2, 3, etc., and state each issue of law involved. A simple statement of the ultimate issue to be decided by the court, such as "Is the plaintiff entitled to recover?" will not be accepted.) If the parties cannot agree on the issues of law, separate statements may be given in the pretrial order.

1.      Which constitutional rights (Fourth Amendment or Eighth Amendment) govern Plaintiff's excessive force and wrongful arrest theories under 42 U.S.C. § 1983 for purposes of

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

4

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

instructing the jury? The Plaintiff believes the 4th amendment at issue for Plaintiff's false arrest claim and the 8th amendment and the 4th amendment both apply to the Plaintiff's excessive force and cruel and unusual punishment claims.

2.      Whether Plaintiff's claims should survive a halftime motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50, *i.e.* could a reasonable trier of fact find liability based upon the evidence presented by Plaintiff?

3.      Whether a motion for judgment as a matter of law by Defendant pursuant to Fed. R. Civ. P. 50 seeking qualified immunity should be granted based upon the evidence admitted at trial? The Plaintiff believes this issue has already been resolved on summary judgement.

4.      Whether a motion for judgment as a matter of law by Defendant pursuant to Fed. R. Civ. P. 50 seeking dismissal of any claims by Plaintiff for punitive damages should be granted based upon the evidence admitted at trial? Plaintiff believes this to be a question for the jury to decide at trial.

## **EXPERT WITNESSES**

(a) Each party shall be limited to 1 expert witness on the issues of Plaintiff's medical condition and alleged damages resulting from the incident on January 22, 2019.

(b) The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1)      On behalf of plaintiff;

Michael Hatzakis, MD
4140 Factoria Blvd SE. Suite A
Bellevue, WA 98006

Dr. Hatzakis has been a board certified doctor in physical medicine and rehabilitation for the last 20 years. He is expected to testify regarding Plaintiff's physical injuries caused by the defendant. He is expected to further testify that the broken bones in Mr. Smithson's hand were caused by the defendant Hammond. He will further testify regarding Smithson's Emergency department records and interpretations of the radiology imaging of Mr. Smithson's hand that reveal acute fractures. He will further testify that the proximate cause of the broken bones is the incident that occurred on January 22, 2019 with Hammond. He will further testify that the medical treatment Smithson received was reasonable and necessary. He will further testify that the bills for the medical services rendered to Smithson show reasonable and customary charges. He will further testify

1  that any potential residual disability to include postoperative imaging that shows anatomic alignment and all fractures repaired by fixation. There are no documented residual impairments
2  in the medical records; however, in many cases after operative fixation with metacarpal and phalangeal fractures, decreased range of motion and decreased strength often occur. On pages 88
3  through page 91 of Smithson's deposition transcript, he endorses decreased hand strength and loss of dexterity and this loss may be, consistent with post-operative changes after fracture repairs
4  such as has happened here.

5  Or

6  Gregory Byrd, MD
7  Olympia Orthopaedic Associates
   615 Lilly Road
   Suite 100
8  Olympia, WA 98506

9  Dr. Byrd is an Orthopedic surgeon. He is expected to testify regarding Plaintiff's physical injuries caused by the defendant. He is expected to further testify that the broken bones in Mr. Smithson's
10  hand were caused by the defendant Hammond. He will further testify regarding Smithson's Emergency department records and interpretations of the radiology imaging of Mr. Smithson's
11  hand that reveal acute fractures. He will further testify that the proximate cause of the broken bones is the incident that occurred on January 22, 2019 with Hammond. He will further testify
12  that the medical treatment Smithson received was reasonable and necessary. He will further testify that the bills for the medical services rendered to Smithson show reasonable and customary
13  charges. He will further testify that any potential residual disability to include postoperative imaging that shows anatomic alignment and all fractures repaired by fixation. There are no
14  documented residual impairments in the medical records; however, in many cases after operative fixation with metacarpal and phalangeal fractures, decreased range of motion and decreased
15  strength often occur. On pages 88 through page 91 of Smithson's deposition transcript, he endorses decreased hand strength and loss of dexterity and this loss may be, consistent with post-
16  operative changes after fracture repairs such as has happened here.

17  And

18  Deborah Kleiman, MD.
   St. Joseph's Hospital
19  1717 S J St
   Tacoma, WA 98405
20
   Dr. Kleiman is one of Smithson's treating medical doctors. She is expected to testify regarding
21  Plaintiff's physical injuries caused by the defendant. She is expected to further testify that the broken bones in Mr. Smithson's hand were caused by the defendant Hammond. She will further testify
22  regarding Smithson's Emergency department records and interpretations of the radiology imaging of Mr. Smithson's hand that reveal acute fractures. She will further testify that the proximate
23  cause of the broken bones is the incident that occurred on January 22, 2019 with Hammond. She will further testify that the medical treatment Smithson received was reasonable and necessary.
24  She will further testify that the bills for the medical services rendered to Smithson show reasonable and customary charges. She will further testify that any potential residual disability to
25  include postoperative imaging that shows anatomic alignment and all fractures repaired by fixation. There are no documented residual impairments in the medical records; however, in many
26  cases after operative fixation with metacarpal and phalangeal fractures, decreased range of motion

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

6

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

1  and decreased strength often occur. On pages 88 through page 91 of Smithson's deposition
2  transcript, he endorses decreased hand strength and loss of dexterity and this loss may be,
   consistent with post-operative changes after fracture repairs such as has happened here.

3          (2)      On behalf of defendant.

4  Traci Granston, MD
   Northwest Medical Experts
5  600 University Street
   Suite 2325
6  Seattle, WA 98101

7  Dr. Granston is an Orthopedist.  She is expected to testify regarding Plaintiff's alleged physical
   injuries, prognosis for recovery, and the need, if any, for past or future treatment.

8                          **OTHER WITNESSES**

9          The names and addresses of witnesses, other than experts, to be used by each party at the

10  time of trial and the general nature of the testimony of each are:

11  (a) On behalf of plaintiff:

12
13  1. Daniel Smithson
     c/o Kannin Law Firm P.S
     119 SW 152nd St.
14  Burien, WA 98166

15  Daniel Smithson is the Plaintiff and will testify about all aspects of the case.

16  2. Medical Records Custodian – may testify if necessary
    St. Joseph's Hospital
17  1717 S J St
    Tacoma, WA 98405
18
19  The St. Joseph's Hospital Medical Records Custodian will testify regarding medical records for
    Mr. Smithson's injuries sustained on 1/22/2019 and provide authentication and certification of the
20  medical records.

21  3. Medical Records Custodian – may testify if necessary
    Olympia  Orthopaedic Associates
    615 Lilly Road
22  Suite 100
    Olympia, WA 98506
23
24  The Olympia Orthopaedic Associates Records Custodian will testify regarding medical records
    for Mr. Smithson's injuries sustained on 1/22/2019 and provide authentication and certification
    of the medical records.
25
26  (b) On behalf of defendant:

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

1.     Jonathan Hammond – will testify
        c/o John R. Nicholson
        900 SW 16th Street, Suite 215
        Renton, WA 98057

Mr. Hammond is a former Community Corrections Officer and will testify regarding his interactions with Mr. Smithson.

2.     Richard Hendricks – will testify
        15915 66th Street E
        Sumner, WA 98390

Mr. Hendricks is a former Community Corrections Supervisor will testify regarding Mr. Smithson's interactions with DOC Community Corrections Officers.

3.     Sarah Lewis – will testify
        Department of Corrections
        514 South 13th Street
        Tacoma, WA 98402

Ms. Lewis is a Community Corrections Supervisor and will testify regarding Mr. Smithson's interactions with DOC Community Corrections Officers.

4.     Daniel Libby – will testify
        Department of Corrections
        151 NE Hampe Way, Suite C2-4
        Chehalis, WA 98532

Mr. Libby is a Community Corrections Officer and will testify regarding Mr. Smithson's interactions with DOC Community Corrections Officers.

5.     Kyle Mowatt – will testify
        2203 S. 88th Avenue
        Yakima, WA 98903-9640

Mr. Mowatt is a former Community Corrections Officer and will testify regarding his interactions with Mr. Smithson.

6.     Amber Robinson (Smith) – will testify
        Department of Corrections
        514 South 13th Street
        Tacoma, WA 98402

Ms. Robinson is a Community Corrections Supervisor and will testify regarding Mr. Smithson's interactions with DOC Community Corrections Officers.

7.     Daniel Smithson – may testify by deposition
        c/o John Kannin, WSBA #27315
        Kannin Law Firm, P.S.
        119 SW 152nd Street
        Burien, WA  98166

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

8

**JACKSON & NICHOLSON, P.S.**
**900 SW 16TH STREET, SUITE 215**
**RENTON, WA  98057**
**TEL: (206) 582-6001**
**FAX: (206) 466-6085**

1    (206) 574-0202

2    Mr. Smithson is the plaintiff in this matter and has knowledge of the allegations giving rise to his claims. Defendant may play excerpts from Mr. Smithson's video-recorded deposition.

3

4    8.    Deryl Jones – may testify
        West Coast Recovery Housing
        2031 8th Street
5        Tacoma, WA 98405
        (253) 329-0355

6

7    Mr. Jones runs West Coast Recovery Housing where Plaintiff lived while on community custody and has knowledge regarding Plaintiff's behavior while he was on community custody.

8    9.    Shawn Schneider – may testify
        Washington State Department of Corrections
9        7345 Linderson Way SW
        Tumwater, WA 98501
10        (360) 725-8213

11    Mr. Schneider is a DOC Correctional Hearing Officer.  He has knowledge of Mr. Smithson's violation hearing.

12                                **EXHIBITS**

13    Identify each exhibit with a number, which becomes the number for the exhibit at the trial

14    and appears on the exhibit tag with the following information in table format:

15

16    | Plaintiff's Exhibits | | | | | |
    |---|---|---|---|---|---|
17    | **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
    | 001. | Pictures of Smithson's hand | Objection | Objection | FRE 401, 402, 403, 901; FRCP 26, not disclosed in discovery; MIL; F | |
18    | 002. | St. Joseph Hospital Emergency Room (ER) bills | Objection | Objection | FRE 401, 402, 403, 901; F. | |
    | 003. | St. Joseph Hospital Emergency Room (ER) records | Stipulated | Stipulated | | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 004. | Olympia Orthopedic Associates medical bills | Stipulated | Objection | FRE 401, 402, 403; F | |
| 005. | Olympia Orthopedic Associates medical records | Stipulated | Stipulated | | |
| 006. | Damages Summary spreadsheet | Objection | Objection | FRE 401, 402, 403, 801, 802, 805, 901; F; FRCP 26, not disclosed in discovery | |
| 007. | Dr. Hatzakis CV | Stipulated | Objection | FRE 401, 402, 403, 801, 802, 805. FRCP 26; E; MIL. | |
| 008. | Dr. Michael Hatzakis fee schedule | Stipulated | Objection | FRE 401, 402, 403, 801, 802, 805. FRCP 26; E; MIL. | |
| 009. | Michael Hatzakis, MD report | Objection | Objection | FRE 401, 402, 403, 801, 802, 805, 901. FRCP 26; E; MIL | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 010. | Deposition Transcript of Jonathan Hammond | Stipulated | Objection | FRE 401, 402, 403, 404, 602,609, 701, 702, 801, 802, 805; MIL; LCR 32(e); Untimely designation; Court's ruling at 12/22/23 status conf. | |
| 011. | Urine Specimen Cup | Objection | Objection | FRE 401, 402, 403, 901; F; MIL; FRCP 26, not produced in discovery | |

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 500. | Judgment and Sentence, *State of Washington v. Daniel Brent Smithson, Jr.*, Pierce County Superior Court No. 17-1-02518-8 01040153-64 | Objection | Objection | FRE 401, 402, 403, 404 FRE 602 FRE 801, 802, 805 FRE 901 E,F,R,MIL | |
| 501. | Offender Legal Face Sheet 01140001-07 | Objection | Objection | FRE 401, 402, 403, 404 | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | | | | FRE 602 FRE 801, 802, 805 F,R,MIL | |
| 502. | 01/13/2016 Observation Report 01130110 | Objection | Objection | FRE 401, 402, 403, 404 FRE 602 FRE 801, 802, 805 E,F,R,MIL | |
| 503. | 03/17/2016 Observation Report 01130108 | Objection | Objection | FRE 401, 402, 403, 404 FRE 602 FRE 801, 802, 805 E,F,R,MIL | |
| 504. | 03/22/2016 Observation Report 01130104-05 | Objection | Objection | FRE 401, 402, 403, 404 FRE 602 FRE 801, 802, 805 E,F,R,MIL | |
| 505. | 04/10/2016 Observation Report 01130103 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 506. | 05/24/2016 Observation Report 01130101 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 E,F,R,MIL FRE 801, 802, 805 | |
| 507. | 07/02/2017 Observation Report 01130100 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |

The table above is titled **Defendant's Exhibits**.

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

12

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 508. | 07/24/2017 Observation Report 01130099 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 509. | 09/22/2017 Observation Report 01130097 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 510. | 09/25/2017 Observation Report 01130096 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 511. | 10/07/2017 Observation Report 01130095 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 512. | 12/06/2017 Serious Infraction Report 01130321-22 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 513. | 12/06/2017 Initial Serious Infraction Report 01130324 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 514. | 12/06/2017 Serious Infraction Report 01130330 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 | |

PRETRIAL ORDER -
No. 3:22-CV-05029-TMC

13

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| | **Defendant's Exhibits** | | | | |
| | | | | FRE 801, 802, 805 E,F,R,MIL | |
| 515. | 12/13/2017 Disciplinary Hearing Minutes and Findings 01130323 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 516. | 12/27/2017 Serious Infraction Report 01130287 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 517. | 12/27/2017 Initial Serious Infraction Report 01130289-90 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 518. | 01/03/2018 Disciplinary Hearing Minutes and Findings 01130288 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 519. | 02/26/2018 Primary Encounter Report 01120056 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 520. | 02/28/2018 Primary Encounter Report 01120055 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| | | Defendant's Exhibits | | | | |
|---|---|---|---|---|---|---|
| | Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 521. | | 03/14/2018 Primary Encounter Report 01120053 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 522. | | 03/15/2018 Serious Infraction Reports 01130196-97 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 523. | | 03/15/2018 Incident Report 01130199 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 524. | | 03/19/2018 Initial Serious Infraction Report 01130181 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 525. | | 03/22/2018 Witness Statement 01130185 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 F,R,MIL | |
| 526. | | 03/22/2018 Disciplinary Hearing Minutes and Findings 01130182-183 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 527. | | 04/04/2018 Disciplinary Hearing Appeal Decision 01130190-191 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| | | | Defendant's Exhibits | | | |
|---|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** | |
| | | | | FRE 801, 802, 805 E,F,R,MIL | | |
| 528. | 04/16/2018 Serious Infraction Report 01130212 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |
| 529. | 04/16/2018 Initial Serious Infraction Report 01130213 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |
| 530. | 04/24/2018 Felony Supervision Eligibility Screening Tool 01130171-174 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |
| 531. | 04/27/2018 Disciplinary Hearing Minutes and Findings 01130214-215 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |
| 532. | 05/11/2018 Serious Infraction Report 01130298-99 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |
| 533. | 05/11/2018 Initial Serious Infraction Report 01130300-01 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| | Defendant's Exhibits | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 534. | 05/16/2018 Disciplinary Hearing Minutes and Findings 01130302-03 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 535. | 05/30/2018 Disciplinary Hearing Appeal Decision 01130209 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 536. | 06/11/2018 Serious Infraction Report 01130306-07 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 537. | 06/11/2018 Initial Serious Infraction Report 01130308-09 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 538. | 06/14/2018 Disciplinary Hearing Minutes and Findings 01130310-311 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 539. | 06/12/2018 Placement Referral 01130003 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 540. | 06/11/2018 Behavioral Health Discharge Summary by Cynthia Goins, Ph.D. | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| | Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| | 01120066-68 | | | FRE 801, 802, 805, FRE 501 RCW 5.60 & RCW 18.83 Dr. Patient Privilege E,F,R,MIL | |
| 541. | 06/18/2018 Offender Release Plan 01130400-02 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 542. | 06/20/2018 Serious Infraction Report 01130314 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 543. | 06/20/2018 Initial Serious Infraction Report 01130315-16 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 544. | 06/22/2018 Letter by Cynthia Goins, Ph.D. 01120105-06 | Objection | Objection | FRE 401, 402, 403, 404 FRE 702 FRE 801, 802, 805 E,F,R,MIL ER 401, 402, 403, 404, FRE 501, RCW 5.60 & RCW 18.83 Dr. Patient Privilege | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| | | Defendant's Exhibits | | | | |
|---|---|---|---|---|---|---|
| | Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| | 545. | 06/28/2018 Disciplinary Hearing Minutes and Findings 01130317-318 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| | 546. | 06/20/2018 Order of Release 01130389 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| | 547. | Chronos (various dates) 01010001-32 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 F,R,MIL | |
| | 548. | 07/03/2018 Conditions, Requirements, and Instructions 01040144-147 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| | 549. | 07/03/2018 Offender Notification of Department Violation Process 01040148 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| | 550. | 07/03/2018 Acknowledgment of Drug/Alcohol Testing – Field 01130262 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 F,R,MIL | |
| | 551. | 01/17/2019 Notice of Violation/Stipulated Agreement 01040143 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 | |

PRETRIAL ORDER -
No. 3:2-CV-05029-TMC

19

**JACKSON & NICHOLSON, P.S.**
**900 SW 16TH STREET, SUITE 215**
**RENTON, WA  98057**
**TEL: (206) 582-6001**
**FAX: (206) 466-6085**

| | | **Defendant's Exhibits** | | | | |
|---|---|---|---|---|---|---|
| **Ex. #** | **Description** | | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | | | | FRE 801, 802, 805 EF,R,MIL | |
| 552. | 01/23/2019 Use of Force Report by CCO Hammond 01040127-128 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 553. | 01/23/2019 Supplemental Report by CCO Sarah Lewis 01040129 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 554. | 01/23/2019 Supplemental Report by CCO Kyle Mowatt 01040130 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 555. | 01/23/2019 Supplemental Report by CCO Amber Robinson 01040131 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 556. | 01/22/2019 Franciscan System Services ED Record 02020149-172 | | Stipulated | Stipulated | | |
| 557. | 01/28/2019 Report of Alleged Violation 01110001-03 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 558. | 01/28/2019 Notice of Allegations, Hearing, Rights, and Waiver 01130223-224 | | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| | | | | FRE 801, 802, 805 E,F,R,MIL | |
| 559. | 01/31/2019 Hearing and Decision Summary Report 01040140-41 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 E,F,R,MIL | |
| 560. | 01/31/2019 Confinement Order 01040142 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 F,R,MIL | |
| 561. | 02/20/2019 Infirmary/Extended Observation Unit Face Sheet 01120200 | Objection | Objection | FRE 401, 402, 403, 404 FRE 702 FRE 801, 802, 805 ER 401, 402, 403, 404, FRE 501,RCW 5.60 & RCW 18.83 Dr. Patient Privilege E,F,R,MIL | |
| 562. | 02/05/2019 Encounter Record 02010014-19 | Stipulated | Stipulated | | |
| 563. | 02/08/2019 Wrist/Hand History Form 02010020 | Stipulated | Stipulated | | |
| 564. | 02/08/2019 Encounter Record 02010011-13 | Stipulated | Stipulated | | |
| 565. | 02/18/2019 Surgery Record 02010009-10 | Stipulated | Stipulated | | |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 566. | 02/20/2019 Order of Release 01130377 | Objection | Objection | FRE 401, 402, 403, 404 FRE 701 FRE 801, 802, 805 F,R,MIL | |
| 567. | 03/12/2019 Encounter Record 02010003-07 | Stipulated | Stipulated | | |
| 568. | Washington State Tort Claim Form (amount of damages redacted in accordance with RCW 4.92.100 (1)(c)) 001-003 | Stipulated | Stipulated | | |
| 569. | Curriculum Vita of Tracy Granston, M.D. 001-005 | Stipulated | Stipulated | FRE 401, 402, 403, FRE 802, 805 | |
| 570. | Photos – UA Bathroom 001-7 | Stipulated | Stipulated | | |
| 571. | St. Joseph's Medical Center X-rays January 22, 2019 | Stipulated | Stipulated | | |
| 572. | Olympia Orthopaedic X-rays February 2, 2019 February 5, 2019 March 4, 2019 | Stipulated | Stipulated | | |

Defendant intends to present its exhibits electronically to the jury.

The Parties' Objection Code:

| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
|---|---|
| F | Lack of foundation |
| R | Irrelevant to Trial Issues |
| MIL | Subject of Motion in Limine |

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA 98057
TEL: (206) 582-6001
FAX: (206) 466-6085

1    In the Authenticity and Admissibility columns, indicate "Stipulated" or "Objection". If

2  "Objection", identify the objection in the Objection column. An objection based on a Fed. R.

3  Evid. should reference the rule number; additional objections should be referenced by a code that

4  the parties include with the exhibit list. The "Admitted" column is for use by the Court.

5  (No party is required to list any exhibit which is listed by another party, or any exhibit to be used

6  for impeachment only. See LCR 16 for further explanation of numbering of exhibits).

7                                    **ACTION BY THE COURT**

8    (a) This case is scheduled for trial before a jury on January 8, 2024, at 9:00 a.m.

9    (b) Trial briefs shall be submitted to the court on or before December 29, 2023.

10    (c) Jury instructions requested by either party shall be submitted to the court on or before

11  December 27, 2023. Suggested questions of either party to be asked of the jury by the court on

12  voir dire shall be submitted to the court on or before December 27, 2023.

13    This order has been approved by the parties as evidenced by the signatures of their

14  counsel. This order shall control the subsequent course of the action unless modified by a

15  subsequent order.

16    This order shall not be amended except by order of the court pursuant to agreement of the

17  parties or to prevent manifest injustice.

18    DATED this 3rd day of January, 2024.

19

20

21

22  _____
   Tiffany M. Cartwright
23  United States District Court Judge

24

25

26

1

2
Dated this 29th day of December, 2023.

3

4
*/s/John R. Nicholson*
JOHN R. NICHOLSON, WSBA #30499

5
Jackson & Nicholson, P.S.
900 SW 16th Street, Suite 215

6
Renton, WA  98057
Phone: 206-582-6001

7
Fax: 206-466-6085
John@jnseattle.com

8
Special Assistant Attorney General for Defendant

9

10
*/s/John Kannin*
JOHN KANNIN, WSBA #27315

11
Kannin Law Firm, P.S.
119 SW 152nd Street

12
Burien, WA  98166
Phone: (206) 574-0202

13
Fax: (206) 574-0101
john@kanninlaw.com
Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

24

**JACKSON & NICHOLSON, P.S.**
**900 SW 16TH STREET, SUITE 215**
**RENTON, WA  98057**
**TEL: (206) 582-6001**
**FAX: (206) 466-6085**

1

**CERTIFICATE OF SERVICE**

2        I certify that on January 2, 2024 I electronically filed the foregoing with the Court through

3    CM/ECF and served on all parties or their counsel of record a copy of this document addressed

4    as follows:

5        John Kannin, WSBA #27315          ☒ CM/ECF-Filing
         Kannin Law Firm, P.S.             ☐ U.S. Mail Postage Prepaid
6        119 SW 152nd Street          ☐ ABC/Legal Messenger
         Burien, WA  98166                 ☐ Email
7        P: 206.574.0202
         F: 206.574.0101
8        john@kanninlaw.com

9        DATED this 29th day of December, 2023, at Olympia, Washington.

10

11                                   _/s/Jenny Singleton_____
                                     JENNY SINGLETON, Paralegal
12                                   Jackson & Nicholson, P.S.
                                     900 SW 16th Street, Suite 215
13                                   Renton, WA  98057
                                     Phone: 206-582-6001
14                                   Fax: 206-466-6085
                                     Jenny@jnseattle.com
15

16

17

18

19

20

21

22

23

24

25

26

JACKSON & NICHOLSON, P.S.
900 SW 16TH STREET, SUITE 215
RENTON, WA  98057
TEL: (206) 582-6001
FAX: (206) 466-6085